===============================================================================
# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
===============================================================================

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Douglas Arpert |
| v. | : | Mag. No. 12-2547 (DA) |
| JUSTIN RUBLOWITZ | : | |
| | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Jonathan W. Romankow, Assistant U.S. Attorney, appearing), and defendant JUSTIN RUBLOWITZ (James R. Murphy, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and seven continuances having previously been granted; and the defendant being aware that he has the right to have the matter presented to a Grand Jury within thirty (30) days of the date of his arrest pursuant to Title 18 U.S.C. § 3161; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter a plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this __10th__ day of __September__, 2013,

ORDERED that the proceedings in the above-captioned matter are continued from September 10, 2013 through November 8, 2013; and it is further

ORDERED that the period between from September 10, 2013 through November 8, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. DOUGLAS ARPERT
United States Magistrate Judge

Form and entry
consented to:

JONATHAN ROMANKOW
Assistant U.S. Attorney

JAMES R. MURPHY, Esq.
Counsel for Defendant Justin Rublowitz