PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Justin Rublowitz**　　　　　　　　　　　　　　　　　　Docket No. **12-2547M-6**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Laurie Nadler** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Justin Rublowitz**, who was placed under pretrial release supervision by the **Honorable Douglas E. Arpert** sitting in the Court at Trenton, New Jersey on July 16, 2012, under the following conditions:

$100,000 Unsecured Appearance bond cosigned by father-in-law Jack Koza
-Jack Koza (father-in-law) to serve as third party custodian
-Report to Pretrial Services as directed
-Travel restricted to New Jersey unless approved by Pretrial Services
-Drug testing/treatment as directed by Pretrial Services
-Maintain residence approved by Pretrial Services
-Refrain from use or unlawful possession of a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner
-Surrender all passports and travel documents to Pretrial Services. Do not apply for new travel documents

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER REMOVAL OF JACK KOZA AS COSIGNER AND THIRD PARTY CUSTODIAN.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 30th day of JANUARY, 2014 and ordered filed and made a part of the records in the above case. | Executed on 1/13/2014 |
| _[signature]_ <br> Honorable Douglas E. Arpert <br> United States Magistrate Judge | _[signature]_ <br> Laurie Nadler <br> U.S. Pretrial Services Officer |